| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
| | MAgoglia@mofo.com |
| 2 | ALEXANDRIA A. AMEZCUA (CA SBN 247507) |
| | AAmezcua@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendants |
| | JPMORGAN CHASE BANK, N.A. and |
| 7 | CALIFORNIA RECONVEYANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY TERESA (MCKINNEY) ARTHUR, | Case No.   3:11-cv-00435-SI |
| Plaintiff, | [~~PROPOSED~~] ORDER ON JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RELATED DATES |
| v. | |
| JPMORGAN CHASE BANK, N.A.; NORTHWEST TRUSTEE SERVICES, INC.; LAW OFFICES OF CHERIN & YELSKY; CALIFORNIA RECONVEYANCE COMPANY, and DOES 1 to 30 inclusive, | Courtroom: 10 |
| | Judge:  Hon. Susan Illston |
| Defendants. | |

[PROPOSED] ORDER ON JOINT STIPULATION TO RESCHEDULE CMC
CASE NO. 3:11-CV-00435-SI
sf-2989525

1  **[PROPOSED] ORDER**

2  The Court having reviewed the Parties' Joint Stipulation to Reschedule Case Management
3  Conference and Related Dates, and good cause appearing therefor, IT IS HEREBY ORDERED
4  THAT:
5  The Case Management Conference currently scheduled for May 13, 2011 be re-
6  calendared for June 24, 2011. The related Rule 26 and Case Management statement deadlines are
7  extended to reflect the new Case Management Conference date.

8  Dated: _____5/4_____, 2011        _____
9                                    Honorable Susan Illston