1  MICHAEL J. AGOGLIA (CA SBN 154810)
   MAgoglia@mofo.com
2  ALEXANDRIA A. AMEZCUA (CA SBN 247507)
   AAmezcua@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   JPMORGAN CHASE BANK, N.A. and
7  CALIFORNIA RECONVEYANCE COMPANY

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY TERESA (MCKINNEY) ARTHUR,<br><br>                Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>NORTHWEST TRUSTEE SERVICES, INC.;<br>LAW OFFICES OF CHERIN & YELSKY;<br>CALIFORNIA RECONVEYANCE COMPANY,<br>and DOES 1 to 30 inclusive,<br><br>                Defendants. | Case No.   3:11-cv-00435-SI<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES<br><br>Courtroom: 10<br><br>Judge:  Hon. Susan Illston |

# [PROPOSED] ORDER

The Court having reviewed the Parties' Joint Stipulation to Reschedule Case Management Conference and Related Dates, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

Defendants may plead or otherwise respond to Plaintiff's First Amended Complaint by July 8, 2011.  The Case Management Conference currently scheduled for June 24, 2011 is now scheduled for July 22, 2011.  The related Rule 26 and Case Management statement deadlines are extended to reflect the new Case Management Conference date.

Dated: __6/20_____, 2011        _____
                                    Honorable Susan Illston