| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
| | MAgoglia@mofo.com |
| 2 | DENA M. COGGINS (CA SBN 249266) |
| | DCoggins@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. and
CALIFORNIA RECONVEYANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY TERESA (MCKINNEY) ARTHUR, | Case No.   3:11-cv-00435-SI |
| Plaintiff, | **[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| v. | |
| JPMORGAN CHASE BANK, N.A.; NORTHWEST TRUSTEE SERVICES, INC.; LAW OFFICES OF CHERIN & YELSKY; CALIFORNIA RECONVEYANCE COMPANY, and DOES 1 to 30 inclusive, | |
| Defendants. | Courtroom: 10 |
| | Judge:  Hon. Susan Illston |

1 **[PROPOSED] ORDER**

2 The Court having reviewed the Parties' Joint Stipulation to Reschedule Case Management
3 Conference and Related Dates, and good cause appearing therefor, IT IS HEREBY ORDERED
4 THAT:

5 Defendants may plead or otherwise respond to Plaintiff's First Amended Complaint by
6 October 6, 2011.  The Case Management Conference currently scheduled for July 22, 2011 is
7 now scheduled for October 20, 2011.  The related Rule 26 and Case Management statement
8 deadlines are extended to reflect the new Case Management Conference date.

Dated: __7/7_____, 2011        _____
                                                    Honorable Susan Illston